**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

REJWANUL ISLAM, NASIR AHMED, IMRAN HUSSAIN, and CHRISTINA FALCON, *individually and on behalf of others similarly situated*,

                        Plaintiffs,

-against-

MORGANS HOTEL GROUP MANAGEMENT LLC, *and any other related entities*,

                        Defendant.

------------------------------------------------------------x

ORDER

18 Civ. 3091 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

The status conference scheduled for December 4, 2019 at 9:45 am is canceled.

Dated: New York, New York
       December 2, 2019

                                        SO ORDERED.

                                        */s/ George B. Daniels*
                                        GEORGE B. DANIELS
                                        United States District Judge