

# STOKES WAGNER
ATTORNEYS AT LAW

ATLANTA · ITHACA · LOS ANGELES · PITTSBURGH · SAN DIEGO · SAN FRANCISCO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/18/20

Ashley S. Nunneker     404-766-0076     anunneker@stokeswagner.com

February 18, 2020

**By ECF**
Hon. Robert W. Lehrburger, USMJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    *Re:*    *Rejwanul Islam, et al. v. Morgans Hotel Group Management, LLC*
             Case No. 18-cv-03091-GBD-RWL

Dear Judge Lehrburger:

    We represent Defendant Morgans Hotel Group Management, LLC in the above-referenced matter. We jointly write with Plaintiffs to Your Honor's Individual Part Rules, Rule I.F. to respectfully request a temporary adjournment in the proceedings for ninety days as we continue to discuss potential settlement as a result of mediation held on January 24, 2020. The parties have not previously requested an adjournment of the proceedings, however, the parties submitted two previous requests for extensions of the fact discovery deadline which was extended to March 2, 2020.

    The parties seek an adjournment so that we may continue to discuss potential global, class-wide resolution. The requested temporary adjournment will allow both parties to focus efforts on early resolution without the impending expiration of discovery.

    The parties thank the Court for its time and attention to this matter.

                              Sincerely,
                              **STOKES WAGNER, ALC**

                              Ashley S. Nunneker, Esq.

cc:     All Counsel of Record, *via ECF*

**SO ORDERED:**

*/s/ Robert W. Lehrburger*     2/18/20
**HON. ROBERT W. LEHRBURGER**
**UNITED STATES MAGISTRATE JUDGE**

One Atlantic Center, Suite 2400 · 1201 West Peachtree Street NW · Atlanta, GA 30309
404.766.0076 · stokeswagner.com