

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/18/2020

ATLANTA • ITHACA • LOS ANGELES • PITTSBURGH • SAN DIEGO • SAN FRANCISCO

Ashley S. Nunneker                404-766-0076                anunneker@stokeswagner.com

May 18, 2020

**By ECF**
Hon. Robert W. Lehrburger, USMJ
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Rejwanul Islam, et al. v. Morgans Hotel Group Management, LLC*
             Case No. 18-cv-03091-GBD-RWL

Dear Judge Lehrburger:

    We represent Defendant Morgans Hotel Group Management, LLC in the above-referenced matter. We jointly write with Plaintiffs to Your Honor's Individual Part Rules, Rule I.F. to respectfully request an additional temporary adjournment in the proceedings for sixty days as we continue to discuss potential settlement as a result of mediation held on January 24, 2020. The parties have previously requested a 90-day adjournment of the proceedings which was granted on February 2, 2018. (Dkt. 69). That adjournment expires today.

    Defendant is a hospitality company with its corporate headquarters located in New York City. Defendant manages hotels and restaurants around the country and the COVID-19 pandemic has enormously impacted its operations and has required the complete focus and attention of the company's decision makers. The parties seek an adjournment so that we may continue to discuss potential global, class-wide resolution without the impending expiration of discovery.

    The parties thank the Court for its time and attention to this matter.

                                                    Sincerely,
                                                    **STOKES WAGNER, ALC**

                                                    Ashley S. Nunneker, Esq.

May 18, 2020
Page **2** of **2**

cc:     All Counsel of Record, *via ECF*

SO ORDERED:

5/18/2020

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE