USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
REJWANUL ISLAM, et al.,

                Plaintiff,

- against -

MORGANS HOTEL GROUP
MANAGEMENT LLC,

                Defendant.
-------------------------------------------------------------X

18-CV-3091 (GBD) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On May 18, 2020, the Court granted the parties' request for an additional temporary adjournment of sixty days so that the parties could "continue to discuss potential settlement as a result of the mediation held on January 24, 2020." (Dkt. 71.) That adjournment expired on July 17, 2020. The Court has not heard from the parties since then. Accordingly, the stay in this case is hereby lifted, and no later than **October 5, 2020**, the parties shall file a joint letter updating the Court as to the status of the parties' settlement discussions and including a proposed revised scheduling order.

                SO ORDERED.

                _____
                ROBERT W. LEHRBURGER
                UNITED STATES MAGISTRATE JUDGE

Dated: September 28, 2020
       New York, New York

Copies transmitted this date to all counsel of record.