UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REJWANUL ISLAM, NASIR AHMED, IMRAN HUSSAIN, and CHRISTINA FALCON, individually and on behalf of others similarly situated,

                          Plaintiffs,

- against -

MORGANS HOTEL GROUP MANAGEMENT LLC; and any other related entities,

                          Defendants.

Case No.: 18-cv-03091-GBD-RWL

JUDGMENT



**WHEREAS** the Plaintiffs have filed a Notice of Acceptance of Defendant's Offers of Judgment pursuant to Fed. R. Civ. P. 68 on October 1, 2020:

**IT IS NOW ORDERED, ADJUDGED AND DECREED:** That Plaintiff Rejwanul Islam shall have a judgment against Defendant in the total amount of $15,000.00; and it is further;

**IT IS NOW ORDERED, ADJUDGED AND DECREED:** That Plaintiff Nasir Ahmed shall have a judgment against Defendant in the total amount of $22,500.00; and it is further;

**IT IS NOW ORDERED, ADJUDGED AND DECREED:** That Plaintiff Imran Hussain shall have a judgment against Defendant in the total amount of $22,500.00; and it is further;

**IT IS NOW ORDERED, ADJUDGED AND DECREED:** That Plaintiff Christina Falcon shall have a judgment against Defendant in the total amount of $7,500.00; and it is further;

**IT IS NOW ORDERED, ADJUDGED AND DECREED:** That Pursuant to New York Labor Law §§ 198(4) and 663(4), if any such amounts of this judgment remain unpaid upon expiration of ninety days following issuance of this judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of this judgment shall automatically increase by fifteen percent; and it is further;

**ORDERED, ADJUDGED AND DECREED:** That the Clerk of Court shall enter judgment of this Court and terminate the case.

SO ORDERED.

Dated: New York, New York
          OCT 0 2 2020

*George B. Daniels*
The Honorable George B. Daniels
United States District Judge
Southern District of New York